# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC O. EHIRIM,<br><br>  Petitioner,<br>vs.<br><br>SAN BERNARDINO COUNTY PROBATION DEPARTMENT,<br><br>  Respondent. | Case No. EDCV 13-0090-JGB (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is denied. Respondent is hereby ORDERED to serve and file an Answer addressing the merits of petitioner's claims within 30 days of the date of this Order.

Dated: 9/27/13

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE