JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC O. EHIRIM, | Case No. EDCV 13-0090-JGB (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| SAN BERNARDINO COUNTY PROBATION DEPARTMENT, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 26, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE